**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MARIA SANTOS LOPEZ DOMINGUEZ *et al*; | § § § | |
| *Plaintiffs*, | § § | Civil Action No. 9:08-CV-200 |
| v. | § § | JUDGE RON CLARK |
| GULF COAST MARINE & ASSOCIATES, INC., | § § § § | |
| *Defendants*. | § | |

# ORDER

The court must recuse itself in this case. Pursuant to Fed. R. Civ. P. 60(b), the court **ORDERS** that the Order Dismissing the Case for *Forum Non Conveniens* [Doc. #145] is withdrawn and vacated.

So **ORDERED** and **SIGNED** this **13** day of **July, 2009.**

_____
Ron Clark, United States District Judge

1