**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MARIA SANTOS LOPEZ DOMINGUEZ *et al*; | § | |
| | § | |
| | § | |
| *Plaintiff*s, | § | Civil Action No. 9:08-CV-200 |
| | § | |
| v. | § | |
| | § | JUDGE RON CLARK |
| GULF COAST MARINE & ASSOCIATES, INC., | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

IT IS HEREBY ORDERED that the undersigned judge in Maria Santos Lopez

Dominguez et al v. Gulf Coast Marine & Associates etal, Civil Action No. 9:08-CV-200,

hereby recuses himself.


So **ORDERED** and **SIGNED** this **13** day of **July, 2009.**


_____
Ron Clark, United States District Judge

1